# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF TENNESSEE

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. No. 05-20346-Ma |
| vs. ) | |
| ) | |
| CALVIN MARSHALL, #247096 ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

Tony R. Arvin applies to the Court for a Writ to have CALVIN MARSHALL, now being detained in the Shelby County Correctional Center, appear before the Honorable Tu M. Pham on December 28, 2005, at 2:00 p.m. for Initial Appearance and for such other appearances as this Court may direct.

Respectfully submitted this 23rd day of December, 2005.

Tony R. Arvin
Assistant U. S. Attorney

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

Upon consideration of the foregoing Application,

DAVID JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN

SHERIFF/WARDEN, Shelby County Correctional Center

YOU ARE HEREBY COMMANDED to have CALVIN MARSHALL appear before the Honorable Tu M. Pham at the date and time aforementioned.

ENTERED this 23 day of December, 2005.

UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-23-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CR-20346 was distributed by fax, mail, or direct printing on December 23, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT